UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **MARK COOPER**, on behalf of himself and all others similarly situated, | ) ) ) | **CASE NO.**  1:19-CV-00931 |
| Plaintiff, | ) ) ) | **JUDGE SOLOMON OLIVER, JR.** |
| v. | ) ) | |
| **WHITE DOVE MATTRESS LTD.**, | ) ) | |
| Defendant | ) | |

### STIPULATION AND ORDER FOR APPROVAL OF SETTLEMENT AND DISMISSAL WITH PREJUDICE

Plaintiff Mark Cooper and Defendant White Dove Mattress Ltd., in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal, with prejudice, of this action. The costs and attorneys' fees will be paid as provided in the settlement agreement. Furthermore, having reviewed the parties' settlement agreement, this Court finds that the agreement to be fair and reasonable, and approves same. This action is hereby dismissed with prejudice, and this Court shall retain jurisdiction to enforce the parties' settlement agreement.

IT IS SO ORDERED.

      /s/ Solomon Oliver, Jr     11/8/2019
SOLOMON OLIVER, JR.
U.S. DISTRICT JUDGE